E-SERVED 12/09/2002 04:04 PM EST Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: *Luisa Perez v. Bayer, A.G., et al.* | MDL No. 02-0155 |

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The parties hereby stipulate to the voluntary dismissal of this matter without prejudice pursuant to Rule 41(a)(1)(ii). The parties shall each bear their own costs.

Dated: ~~November~~ December 2, 2002

Richard Shevitz
Cohen & Malad, P.C.
136 N. Delaware Street, Suite
Indianapolis, IN 46206
Telephone: (317) 636-6481
*Counsel for Plaintiff*

Dated: ~~November~~ Dec 9, 2002

James W. Mizgala
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
*Counsel for Bayer Corporation*

DEC 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

E-SERVED 12/09/2002 04:04 PM EST Baycol MDL 1431

So Ordered this 10th day of December 2002:

Michael J. Davis

Judge Michael J. Davis

MDL # 1431

MDL # 02-0155